UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAUL KRAUSE, | ) Case No.: 2:11-cv-10316-SJM-MAR |
| Plaintiff, | ) |
| v. | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |

NOW COMES the Plaintiff, PAUL KRAUSE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: March 21, 2011            RESPECTFULLY SUBMITTED,

                                  KROHN & MOSS, LTD.


                                  By: /s/ Michael S. Agruss

                                  Michael S. Agruss
                                  Krohn & Moss, Ltd.
                                  10474 Santa Monica Blvd., Suite 401
                                  Los Angeles, CA 90025
                                  Tel: 323-988-2400 x235
                                  Fax: 866-583-3695
                                  magruss@consumerlawcenter.com
                                  CA SBN 259567
                                  Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

    I, Michael S. Agruss, certify that a true and correct copy of the foregoing was served arowberry@portfoliorecovery.com upon opposing counsel of record.

By: /s/ Michael S. Agruss  
Michael S. Agruss  
Attorney for Plaintiff
