UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAUL KRAUSE,<br><br>          Plaintiff,<br><br>     v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>          Defendant. | ) Case No.: 2:11-cv-10316-SJM-MAR<br>)<br>)<br>)<br>)<br>)<br>) **VOLUNTARY DISMISSAL**<br>)<br>)<br>) |

PAUL KRAUSE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant), in this case.

DATED:  April 28, 2011         RESPECTFULLY SUBMITTED,

                               KROHN & MOSS, LTD.


                               By: /s/ Michael S. Agruss

                               Michael S. Agruss
                               Krohn & Moss, Ltd.
                               10474 Santa Monica Blvd., Suite 401
                               Los Angeles, CA 90025
                               Tel: 323-988-2400 x235
                               Fax: 866-583-3695
                               magruss@consumerlawcenter.com
                               CA SBN 259567
                               Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

    I, Michael S. Agruss, certify that a true and correct copy of the foregoing was served arowberry@portfoliorecovery.com upon opposing counsel of record.

                                            By: /s/ Michael S. Agruss
                                                Michael S. Agruss
                                                Attorney for Plaintiff